■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. BURKS, SR., Appellant. [621 NYS2d 974] —Case held, decision reserved and matter remitted to Onondaga County Court for further proceedings in accordance with the following Memorandum: The record does not indicate whether defendant was present at the *Sandoval* conference or at the *Ventimiglia* hearing. Thus, we remit the matter to County Court for a reconstruction hearing to expand the record and to determine whether defendant was present *(see, People v Odiat,* 82 NY2d 872; *People v Mitchell,* 189 AD2d 337). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Scheme to Defraud, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.